IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2015

| | | | |
|---|---|---|---|
| 124PA15 | State v. Michael Scott Hamilton | 1. Def's Petition for *Writ of Habeas Corpus* | 1. Dismissed without prejudice |
| | | 2. Def's Motion in the Alternative for Appropriate Relief | 2. Dismissed without prejudice |
| 139PA13 | State v. Quintel Augustine, Tilmon Golphin, and Christina Walters | 1. Defs' Petition for *Writ of Mandamus* | 1. Withdrawn **01/02/2014** |
| | | 2. Defs' Motion to Withdraw Petition for *Writ of Mandamus* to the Clerk of Superior Court of Cumberland County | 2. Allowed **01/02/2014** |
| | | 3. Defs' Motion to Strike | 3. Denied |
| | | 4. Defs' Motion to Supplement the Record | 4. Allowed **01/23/2014** |
| | | 5. Defs' Motion to Supplement Record | 5. Allowed **12/18/2014** |
| | | | **Ervin, J., recused** |
| | | | **Beasley, J., recused** |
| 201PA12-3 | Margaret Dickson, et al. v. Robert Rucho, et al. | 1. Plts' (NAACP) Notice of Filing of Affidavit of John W. O'Hale | 1. — |
| | | 2. Affidavit of John W. O'Hale | 2. — |
| | | 3. Motion to Supplement Record on Appeal by Taking Judicial Notice of Certain Materials | 3. Allowed |